CLIFFORD F. MacEVOY, as Trustee in Bankruptcy of OSWIN W. SHELLY, Respondent, v. TIDE WATER OIL COMPANY, Appellant.

Appeal from an order of the Supreme Court, made at Special Term and entered in the New York county clerk's office on the 19th day of November, 1914, opening the plaintiff's default.

PER CURIAM: The order appealed from should be modified by striking out the words " without prejudice to any proceedings heretofore had and without changing the date of issue," and inserting in place thereof the words: " cause to retain its date of issue and place upon calendar if defendant so elects," and as modified affirmed, without costs to either party. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.  Order modified as stated in opinion, and as modified affirmed, without costs. Order to be settled on notice.

———

In the Matter of the Application of OTIS F. WOOD, Respondent, for an Examination of ROSE O'NEILL WILSON, Appellant, as a Person Expected to be a Party to an Action.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 2d day of February, 1915, denying the motion of Rose O'Neill Wilson to vacate an order for her examination.

PER CURIAM: It is obvious that the plaintiff has all the knowledge necessary to enable him to frame a complaint.  After issue joined he may be entitled to examine the defendant as a party; but such examination is not authorized before issue joined.  The order appealed from should be reversed, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs.  Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.  Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.

———

JOSEPH ZIMMERMAN and Others, Respondents, v. BENJAMIN SONNENSCHEIN and LOUIS SONNENSCHEIN, Appellants, Impleaded with Others.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 31st day of December, 1914, overruling the appellants' answers as frivolous.

PER CURIAM: The defense of usury is sufficiently pleaded to resist a motion to strike out the answer as frivolous.  The order should be reversed, with ten dollars costs and disbursements, and the motion denied, without costs.  Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.  Order reversed, with ten dollars costs and disbursements, and motion denied, without costs.